UNITED STATES DISTRICT COURT
For The
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NICHOLAS MELLO, Plaintiff | CA 07 178 |
| v. | C.A. No. 07- |
| CPR FISHING, INC.; and DAVE HANDRIGAN SEAFOODS, INC., Defendants | |

SEAMAN'S DECLARATION

The plaintiff, Nicholas Mello, in the above-entitled matter is a seaman and claims the benefits of the United States Annotated, Title 28 Section 1916, which provides that:

"In all Courts of the United States, seaman may institute and prosecute suits and appeals in their own names and for their own benefit for wages and salvage or the enforcement of law enacted for their health or safety without prepaying fees or costs or furnishing security therefor."

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 5/14/2007

Scott P. Tierney RI Bar #4624
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, MA 02740
(508) 994-7300
(508) 984-0755 (facsimile)