JRO:MKD:lml 6941/1 \pleading\69411Answer

UNITED STATES DISTRICT COURT
For The
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NICHOLAS MELLO, Plaintiff | : | |
| VS. | : | C.A. No. 07-178 |
| CPR FISHING, INC.; and DAVE HANDRIGAN SEAFOODS, INC. Defendants | : | |

**ANSWER OF DEFENDANT, CPR FISHING, INC.**

1. Neither admitted nor denied as defendant is without sufficient information to determine the veracity of the allegation.

2. Admitted.

3. Neither admitted nor denied as defendant is without sufficient information to determine the veracity of the allegation.

4. Neither admitted nor denied as defendant is without sufficient information to determine the veracity of the allegation.

5. No response required of this defendant.

**COUNT I - Unseaworthiness of ALEXIS MARTINA**

6. Defendant hereby re-alleges its responses to allegations 1 through 5 as if fully set forth herein.

7. Admitted.

8. Denied.

9. Denied.

**WHEREFORE**, defendant demands judgment against plaintiff, as well as costs, attorney's fees, and interest on the same, incurred as a result of this litigation.

**COUNT II - Negligence of CPR Fishing and/or F/V ALEXIS MARTINA**

10. Defendant hereby re-alleges its responses to allegations 1 through 9 as if fully set forth herein.

11. Admitted.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

**WHEREFORE**, defendant demands judgment against plaintiff, as well as costs, attorney's fees, and interest on the same, incurred as a result of this litigation.

**COUNT III - Negligence of Defendant Handrigan**

16. The allegation does not call for a response by this defendant.

17. The allegation does not call for a response by this defendant.

18. The allegation does not call for a response by this defendant.

19. The allegation does not call for a response by this defendant.

**WHEREFORE**, defendant demands judgment against plaintiff, as well as costs, attorney's fees, and interest on the same, incurred as a result of this litigation.

**AFFIRMATIVE DEFENSES**

1. Defendant affirmatively pleads that plaintiff's injuries, if any, were caused solely by the plaintiff's own negligence.

2. Defendant affirmatively pleads that plaintiff's injuries, if any, were caused by the negligent acts of persons or entities for which this defendant is not liable.

3. Defendant affirmatively pleads that plaintiff's injuries, if any, were caused, at least in part, by his own negligence. Therefore, plaintiff's damages, if any, should be reduced by the percentage of negligence attributable to the plaintiff.

4. Defendant affirmatively pleads that it is entitled to set off of all amounts paid to plaintiff by CPR Fishing subsequent to the incident giving rise to this litigation.

5. Defendant affirmatively pleads plaintiff's injuries were caused, in whole or in part, by his own failure to act as a reasonably prudent seaman under the same circumstances.

6. Defendant affirmatively pleads that the plaintiff violated the primary duty rule.

7. Defendant affirmatively pleads the defense of assumption of the risk.

8. Defendant affirmatively pleads that the plaintiff failed to observe and employ a safe, alternative practice, thus, contributing to his own injury.

9. Defendant affirmatively pleads that if the injuries alleged were sustained, the plaintiff has not provided documentary medical proof of said injuries, or that the plaintiff's alleged medical treatment was not reimbursed or reimbursable, and that medical treatment was other than palliative.

10. Defendant affirmatively pleads that plaintiff's own negligence constituted the intervening superceding cause of his injuries, if any, cutting off any causal relation between plaintiff's injuries and defendant's alleged negligence and/or the vessel's alleged unseaworthy condition.

**Defendant hereby demands a trial by jury.**

DEFENDANT, CPR FISHING, INC.
By its Attorney,

/s/Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I sent a true copy of the within on 6/19/07 to:

Thomas J. Hunt, Esq.
18 North Water Street
New Bedford, MA 02740

/s/ Martin K. DeMagistris