**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NICHOLAS MELLO | : | |
| | : | |
| -vs- | : | C.A. NO. 07-178 |
| | : | |
| CPR FISHING, INC.; and | : | |
| DAVE HANDRIGAN SEAFOODS, INC. | : | |

**ANSWER OF DEFENDANT**
**DAVE HANDRIGAN SEAFOODS, INC.**

1. Defendant Dave Handrigan Seafoods, Inc. ("Handrigan") is without knowledge of the truth or falsity of the allegations set forth in paragraphs a and 2 of plaintiff's Complaint and leaves plaintiff to his proof thereof.

2. Said defendant admits the allegations set forth in paragraph 3.

3. Said defendant denies the allegations set forth in paragraphs 4 and 5.

**AS TO COUNT I**

4. Defendant Handrigan neither admits nor denies the allegations set forth in paragraphs 6 through 9 of Count I as said allegations are not directed against this defendant.

WHEREFORE, defendant Dave Handrigan Seafoods, Inc. demands entry of Judgment in its behalf and for its costs in defending this action.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendant
Dave Handrigan Seafoods, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903

(401) 272-1312
(401) 331-9397 (fax)

**AS TO COUNT II**

6. Defendant Handrigan neither admits nor denies the allegations set forth in paragraphs 10 through 15 of Count II as said allegations are not directed against this defendant.

WHEREFORE, defendant Dave Handrigan Seafoods, Inc. demands entry of Judgment in its behalf and for its costs in defending this action.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant
Dave Handrigan Seafoods, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

**AS TO COUNT III**

7. Defendant Handrigan admits the allegations set forth in paragraph 16, that on or about November 5, 2004, it was doing business as a wholesale and retail seafood company, but denies that it was in control and was responsible for the proper maintenance and operation of a dock at or near its business in Narragansett, Rhode Island.

8. Said defendant denies the allegations set forth in paragraphs 17 through 19 .

WHEREFORE, defendant Dave Handrigan Seafoods, Inc. demands entry of Judgment in its behalf and for its costs in defending this action.

/s/ James H. Reilly
JAMES H. REILLY #0658

KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendant
Dave Handrigan Seafoods, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

**CROSSCLAIM OF DEFENDANT DAVE HANDRIGAN SEAFOODS, INC.**
**AGAINST DEFENDANT CPR FISHING, INC.**

1. Plaintiff has filed a Complaint alleging that he sustained injuries on or about November 5, 2004 as a result of the unseaworthiness of F/V ALEXIS MARTINA and/or the negligence of CPR Fishing, Inc. and/or Dave Handrigan Seafoods, Inc.

2. Dave Handrigan Seafoods, Inc. has denied all allegations of negligence on its part.

3. In the event plaintiff were to recover a judgment against Dave Handrigan Seafoods, Inc., it would be entitled to indemnification or contribution from CPR Fishing, Inc. as its negligence or maintenance of an unseaworthy vessel was the sole cause or a joint cause of plaintiff's alleged injuries.

WHEREFORE, Dave Handrigan Seafoods, Inc. demands indemnification or contribution from CPR Fishing, Inc. as shall be just.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendant
Dave Handrigan Seafoods, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

Defendant, Dave Handrigan Seafoods, Inc., hereby claims a trial by jury.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant
Dave Handrigan Seafoods, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Scott P. Tierney, Esquire
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, MA 027466

CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electron Filing (NEF) on June 28, 2007, and that there are no non-registered participants.

/s/ James H. Reilly