JRO:MKD:lml 6941/1 \pleading\69411AnsCross

UNITED STATES DISTRICT COURT
For The
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NICHOLAS MELLO, Plaintiff | : | |
| VS. | : | C.A. No. 07-178 |
| CPR FISHING, INC.; and DAVE HANDRIGAN SEAFOODS, INC. Defendants | : | |

**ANSWER OF DEFENDANT - CROSSCLAIM DEFENDANT, CPR FISHING, INC., TO CROSSCLAIM OF DEFENDANT, DAVE HANDRIGAN SEAFOODS, INC.**

1. Admitted.

2. Admitted.

3. Denied.

**WHEREFORE,** CPR Fishing, Inc. demands judgment against Dave Handrigan Seafoods, Inc. for its claims for indemnification and contribution, in addition to attorney's fees, costs, and interests on the same.

**AFFIRMATIVE DEFENSES**

1. Defendant affirmatively pleads that plaintiff's injuries, if any, were caused by the negligent acts of defendant, Dave Handrigan Seafoods, Inc., or other third parties, for which this defendant is not liable.

2. Defendant affirmatively pleads that it is entitled to set off of all amounts paid to plaintiff by CPR Fishing, Inc. subsequent to the incident giving rise to this litigation.

3. Defendant affirmatively pleads that defendant, Dave Handrigan Seafoods, Inc.'s, negligence constituted an superceding intervening cause of the plaintiff's injuries, cutting off any causal relation between plaintiff's injuries and defendant, CPR Fishing's, alleged negligence or alleged unseaworthiness.

4. Defendant affirmatively pleads that plaintiff's own negligence, singularly or in concert

with defendant Handrigan's, constituted a superceding intervening cause of the plaintiff's injuries, cutting of any causal relation between plaintiff's injuries and defendant, CPR Fishing's, alleged negligence or alleged unseaworthiness.

**WHEREFORE,** CPR Fishing, Inc. demands judgment against Dave Handrigan Seafoods, Inc. for its claims for indemnification and contribution, in addition to attorney's fees, costs, and interest on the same.

## CROSSCLAIM OF DEFENDANT, CPR FISHING, INC. AGAINST DEFENDANT, DAVE HANDRIGAN SEAFOODS, INC.

1. Plaintiff has filed a complaint alleging that he has sustained injuries as a result of the negligence of Dave Handrigan Seafoods, Inc. and CPR Fishing, Inc., and/or due to the unseaworthiness of the F/V Alexis Martina.

2. CPR Fishing, Inc. has denied all allegations of negligence and unseaworthiness as alleged in the plaintiff's complaint.

### COUNT I

### INDEMNIFICATION

3. Defendant hereby incorporates the allegations made in paragraphs 1 and 2 as if fully set forth herein.

4. In the event plaintiff recovers judgment against CPR Fishing, Inc., for either negligence or unseaworthiness, it is entitled to indemnification from Dave Handrigan Seafoods, Inc., as its negligence was the sole cause or, with the plaintiff's negligence, a joint cause of plaintiff's alleged injuries.

**WHEREFORE**, CPR Fishing, Inc. demands indemnification against Dave Handrigan Seafoods, Inc., in addition to attorney's fees, costs, and interest on the same.

### COUNT II

### CONTRIBUTION

5. Defendant hereby incorporates the allegations made in paragraphs 1 and 2 as if fully set forth herein.

6. In the event plaintiff recovers judgment against CPR Fishing, Inc., it is entitled to contribution from Dave Handrigan Seafoods, Inc. for its negligence causing in the plaintiff's alleged injuries.

**WHEREFORE**, CPR Fishing, Inc. demands contribution from Dave Handrigan Seafoods, Inc., in proportion to the amount of its negligence attributable to plaintiff's damages.

Respectfully submitted,

/s/Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 7/18/2007 to:

Thomas J. Hunt, Esq.
18 North Water Street
New Bedford, MA 02740

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

/s/ Martin K. DeMagistris