UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NICHOLAS MELLO
Plaintiff(s)

v. Dkt. No. 07-178 S

CPR FISHING, INC., ET ALS
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/~~Defendant~~ Nicholas Mello hereby moves that Thomas Hunt, Esquire be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Nicholas Mello
(Plaintiff/~~Defendant~~)

By: Scott P. Tierney
Bar ID No.: 4624
Address: 260 W. Exchange St. #103
Providence RI 02903

DATED: 7/30/07

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts ______ and of the following Federal District Court and/or Court of Appeals Bar(s) Massachusetts, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

Form 1 (cont'd)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Thomas J. Hunt 244680

Print Name State Bar ID #

Thomas J. Hunt & Associates

Firm Name

18 North Water St.

Business Address

New Bedford, MA 02740

508-994-7300 508-984-0755

Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Scott P. Tierney

Signature of Local Counsel

Scott P. Tierney 4624

Print Name R.I. Bar ID #

Firm and Business Address

Law Offices of Scott P. Tierney

260 W.Exchange Street #103

Providence, RI 02903

Tel. # 401-453-4999 Fax # 401-453-4998

ORDER

This motion is hereby Granted

District Judge

Date: 8/1/07

# RECEIPT

DATE August 1, 2007 **No.** 260384

RECEIVED FROM LO of Thomas Hunt $ 50

fifty DOLLARS

○ FOR RENT
○ FOR FBBE — PHV CA 07-178S Mello v. CPR Fishing

| ACCOUNT | | |
|---|---|---|
| PAYMENT | | |
| BAL. DUE | | |

○ CASH
✓ CHECK
○ MONEY ORDER

FROM ______ TO ______

BY Lucia C. [signature]

1182