MKD:tsp 6941/1 \pleading\69411NOContD1

UNITED STATES DISTRICT COURT
For The
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NICHOLAS MELLO, Plaintiff | : | |
| VS. | : | C.A. No. 07-178 |
| CPR FISHING, INC.; and DAVE HANDRIGAN SEAFOODS, INC. Defendants | : | |

**NOTICE OF CONTINUED DEPOSITION**

**DEPONENT**: Nicholas Mello

**DATE:** November 14, 2007

**TIME**: 1:00 p.m.

**PLACE**: 530 Greenwich Avenue, Warwick, RI 02886

**DOCUMENTS REQUESTED**: None

Please take notice that the above oral examination will be conducted pursuant to Rule 26 of the Rhode Island Rules of Civil Procedure before an officer authorized by law to administer oaths. Said examination will continue from day to day until completed.

The deponent is to bring the requested documents for examination and copying.

DEFENDANT,
By his/her Attorney,

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I forwarded a true copy of the within on 10/31/07 to:

Thomas J. Hunt, Esq.
18 North Water Street
New Bedford, MA 02740

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

/s/ Martin K. DeMagistris

*THIS NOTICE SUPERSEDES PRIOR DEPOSITION SCHEDULED FOR NOVEMBER 8, 2007 AT 1:00 P.M.*