**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NICHOLAS MELLO | : | |
| | : | |
| -vs- | : | C.A. NO. 07-178 |
| | : | |
| CPR FISHING, INC.; and | : | |
| DAVE HANDRIGAN SEAFOODS, INC. | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance as co-counsel for defendant, Dave Handrigan Seafoods, Inc.

/s/ Donald J. Maroney
DONALD J. MARONEY #3737
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendant
Dave Handrigan Seafoods, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Scott P. Tierney, Esquire
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, MA 02746

Martin K. DeMagistris, Esquire
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

CERTIFICATION

*I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 2, 2008, and that there are no non-registered participants.*

*/s/ Donald J. Maroney*