**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NICHOLAS MELLO :
:
-vs- : C.A. NO. 07-178
:
CPR FISHING, INC.; and :
DAVE HANDRIGAN SEAFOODS, INC. :

**ASSENTED MOTION TO EXTEND**
**TIME DEADLINES IN PRETRIAL ORDER**

Now comes the Defendant Dave Handrigan Seafoods, Inc. and moves this Honorable Court for a 60 day extension of time deadlines set forth in this Court's Pretrial Order. In support of this Motion, Defendant states as follows:

1. Pursuant to this Court's Pretrial Order dated August 1, 2007, Fact Discovery is to close in this matter on February 1, 2008. Dispositive Motions shall be filed by February 15, 2008 and Pretrial Memoranda shall be filed 30 days after a decision on any dispositive motions and if no dispositive motions are filed, by March 3, 2008.

2. The above entitled matter arises out of the plaintiff who is a crew member on a fishing vessel, Alexis Martina, owned by Defendant CPR Fishing, Inc. The plaintiff alleges that on November 5, 2004, he was injured while jumping off the boat onto a dock owned by the Defendant Dave Handrigan Seafoods, Inc.

3. There are a number of witnesses whose availability has not come to light until recently, namely, the fishing boat captain and crew, who allegedly witnessed this accident.

4. This matter was scheduled for settlement conference and heard before Magistrate Judge Almond on January 7, 2008.

5. All parties to this action request a 60 day extension of the time deadlines so that

they may complete discovery by taking depositions of the crew members. It is very difficult to track fishing boat crew members as they are out to sea for portions of time and often move from fishing boat to fishing boat.

6. All parties desire to take the depositions of the boat captain and the crew.

7. All parties to this case are in agreement for the extension to conduct the additional discovery.

8. This is the first request to extend the time deadlines set forth in the Pretrial Order.

WHEREFORE Defendant Dave Handrigan Seafoods, Inc. seeks an Order of the Court granting its Motion and extending the time deadlines in this matter for 60 days and shall have discovery close on March 30, 2008. Dispositive motions shall be filed by April 15, 2008. Pretrial memoranda shall be filed 30 days after a decision on any dispostive motions and if no dispostive motions are filed, by April 30, 2008.

/s/ Donald J. Maroney
DONALD J. MARONEY #3737
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant
Dave Handrigan Seafoods, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Scott P. Tierney, Esquire
THOMAS J. HUNT & ASSOCIATES
18 North Water Street
New Bedford, MA 027466

Martin K. DeMagistris, Esquire
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on ____________________, and that there are no non-registered participants.

/s/ Donald J. Maroney________________