**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| NICHOLAS MELLO | : | |
| | : | |
| -vs- | : | C.A. NO. 07-178 |
| | : | |
| CPR FISHING, INC.; and DAVE HANDRIGAN SEAFOODS, INC. | : | |

**NOTICE TO TAKE DEPOSITION**

PLEASE TAKE NOTICE that defendant, Dave Handrigan Seafoods, Inc., in the above-captioned action will take a stenographic deposition upon oral examination of **JEREMY STEFANO** at the law offices of Kelly, Kelleher, Reilly & Simpson, **28 Caswell Street, Narragansett, Rhode Island**, on **Monday, February 18, 2008, at 9:00 A.M.**, before an officer duly authorized by law.

You are invited to attend and cross-examine.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant
Dave Handrigan Seafoods, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Scott P. Tierney, Esquire
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, MA 027466

Martin K. DeMagistris, Esquire
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, Rhode Island 02886

CERTIFICATION

I hereby certify that I have sent a copy of the foregoing Deposition Notice to the above counsel and to Reporting Associates, 10 Dorrance Street, Suite 617, Providence, Rhode Island, on February 12, 2008.

/s/ James H. Reilly