UNITED STATES DISTRICT COURT
For The
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NICHOLAS MELLO,<br>Plaintiff<br><br>v.<br><br><br>CPR FISHING, INC.; and<br>DAVE HANDRIGAN SEAFOODS, INC.,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>C.A. No. 07-178S |

**NOTICE TO TAKE RULE 30(b)(6)**
**DEPOSITION OF DAVE HANDRIGAN SEAFOODS, INC.**

Please take notice that the Plaintiff, Nicholas Mello, by and through his attorney and pursuant to the terms of Rule 30(b)(6), will conduct the deposition on oral examination, before a notary public or some other authorized person as follows:

DEPONENT: PERSON WITH MOST KNOWLEDGE of the vessels that took on ice from Dave Handrigan's facility for the dates of November 1, 2004 through November 5, 2004.

DATE: Wednesday, April 9, 2008

TIME: 11:30 a.m.

LOCATION: 260 West Exchange Street, Suite 103
Providence, RI 02903

You are invited to attend and participate pursuant to the rules and law governing this action.

Nicholas Mello,
By his Attorney,

/s/ Scott P. Tierney

Scott P. Tierney #4624
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, MA 02740
(508) 994-7300

**CERTIFICATION**

I hereby certify that on this 28th day of March, 2008, a copy of the within document and enclosures was sent via electronic filing to the following:

Martin K. DeMagistris, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

/s/ Scott P. Tierney
___________________________