UNITED STATES DISTRICT COURT
For The
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NICHOLAS MELLO,<br>Plaintiff | ) | |
| v. | ) | C.A. No. 07-178S |
| CPR FISHING, INC.; and<br>DAVE HANDRIGAN SEAFOODS, INC.,<br>Defendants | ) | |

**NOTICE TO TAKE DEPOSITION OF KEEPER OF RECORDS OF DAVE HANDRIGAN SEAFOODS, INC.**

Please take notice that the Plaintiff, Nicholas Mello, by and through his attorney and pursuant to the terms of Rule 30(b)(6), will conduct the deposition on oral examination, before a notary public or some other authorized person as follows:

DEPONENT: KEEPER OF RECORDS OF DAVE HANDRIGAN'S SEAFOODS concerning the distribution of ice to marine vessels from Dave Handrigan's facility for the dates of November 1, 2004 through November 5, 2004.

DATE: Wednesday, April 9, 2008

TIME: 11:00 a.m.

LOCATION: 260 West Exchange Street, Suite 103
Providence, RI 02903

You are invited to attend and participate pursuant to the rules and law governing this action.

Nicholas Mello,
By his Attorney,

/s/ Scott P. Tierney

Scott P. Tierney #4624
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, MA 02740
(508) 994-7300

**CERTIFICATION**

I hereby certify that on this 28th day of March, 2008, a copy of the within document and enclosures was sent via electronic filing to the following:

Martin K. DeMagistris, Esq.
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886

James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903

/s/ Scott P. Tierney