UNITED STATES DISTRICT COURT
For The
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NICHOLAS MELLO,<br>Plaintiff | ) | |
| v. | ) | C.A. No. 07-178S |
| CPR FISHING, INC.; and<br>DAVE HANDRIGAN SEAFOODS, INC.,<br>Defendants | ) | |

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME**

Now comes the Plaintiff in the above action, by and through his counsel, and with the assent of counsel for all defendants, and hereby respectfully moves this Honorable Court for an enlargement of time for the submission of Pretrial Memoranda in this case (presently due April 30, 2008).

In support hereof, the Plaintiff submits that at a conference before the Honorable Justice William E. Smith on April 15, 2008, the trial of this case was moved from May to June 2008 in order to provide the parties with additional time to attend a second settlement conference with Magistrate Lincoln D. Almond.

A settlement conference is presently scheduled for May 8, 2008 at 2:00 p.m.

Accordingly, it is respectfully requested that the deadline for submission of the Pretrial Memoranda be enlarged from April 30, 2008 until May 30, 2008, in order to provide the parties

with the opportunity to discuss settlement before presenting their Memoranda.

Presented by:
Nicholas Mello
By his Attorney,

/s/______________________________
Scott P. Tierney #4624
Thomas J. Hunt & Associates
18 North Water Street
New Bedford, MA 02740
(508) 994-7300

Assented to by:
CPR Fishing, Inc.
By its Attorney,

/s/____________________________
Martin K. DeMagistris #6089
Olenn & Penza, LLC
530 Greenwich Avenue
Warwick, RI 02886
(401) 737-3700

Assented to by:
Dave Handrigan Seafood, Inc.
By its Attorney,

/s/_______________________________
James H. Reilly #0658
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312