**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

NICHOLAS MELLO :
:
-vs- : C.A. NO. 07-178
:
CPR FISHING, INC.; and :
DAVE HANDRIGAN SEAFOODS, INC. :

**DISMISSAL STIPULATION**

Plaintiff's Complaint and defendants' Crossclaims dismissed with prejudice; no interest; no costs.

/s/ Scott P. Tierney
/s/ Thomas J. Hunt
Scott P. Tierney #4624
Thomas J. Hunt and Associates
Attorneys for Plaintiff
18 North Water Street
New Bedford, MA 02740
(508) 994-7300

/s/ James H. Reilly
JAMES H. REILLY #0659
KELLY, KELLEHER, REILLY & SIMPSON
Attorney for Defendant
Dave Handrigan Seafoods, Inc.
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312

/s/ Martin K. DeMagistris
MARTIN K. DeMAGISTRIS #6089
OLENN & PENZA, LLP
Attorney for Defendant
CPR Fishing, Inc.
530 Greenwich Avenue
Warwick, Rhode Island 02886
(401) 737-3700

ENTER WESmith
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 5/16/08

May 14, 2008